# U.S. District Court
# Eastern District of Arkansas (Central Division)
# CRIMINAL DOCKET FOR CASE #: 4:19−cr−00498−BSM−1
## *Internal Use Only*

Case title: USA v. George et al
Correspondence Case:   4:19−crcor−00498

Date Filed: 09/03/2019
Date Terminated: 11/02/2022

Assigned to: Judge Brian S. Miller

**Defendant (1)**

**DeMarcus George**
*aka Daddy*
*TERMINATED: 11/02/2022*

represented by

**Molly K. Sullivan**
Federal Public Defender's Office
The Victory Building, Suite 490
1401 West Capitol Avenue
Little Rock, AR 72201
501−324−6113
Email: molly_sullivan@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Tamera Lee Deaver**
Federal Public Defender's Office
The Victory Building, Suite 490
1401 West Capitol Avenue
Little Rock, AR 72201
501−324−6114
Fax: 501−324−6128
Email: tamera_deaver@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**William Daniel Shelton , Jr.**
Federal Public Defender's Office
The Victory Building, Suite 490
1401 West Capitol Avenue
Little Rock, AR 72201
501−324−6113
Fax: 501−324−6128
Email: willshelton3@gmail.com
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| 18:1594(c) Conspiracy to Commit Sex Trafficking of a Minor (1s) | life imprisonment; if let out, life supervised release; and $100 special assessment fee |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| | Dismissed upon USA motion. |

| | | |
|---|---|---|
| 18:1594(c) Conspiracy to Commit Sex Trafficking of a Minor<br>(1) | | |
| 18:1591(a)(1) and 18:1591(c) Sex Trafficking of a Minor<br>(2) | | Dismissed upon USA motion. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Allison Waldrip Bragg**<br>U. S. Attorney's Office<br>Eastern District of Arkansas<br>Post Office Box 1229<br>Little Rock, AR 72203–1229<br>501–340–2600<br>Email: allison.bragg@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |
| | | **Kristin Huntington Bryant**<br>U. S. Attorney's Office<br>Eastern District of Arkansas<br>Post Office Box 1229<br>Little Rock, AR 72203–1229<br>501–340–2600<br>Email: kristin.bryant@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

Email All Attorneys (Primary Address)
Email All Attorneys (Primary and Secondary Address)

| Date Filed | # | Docket Text |
|---|---|---|
| 09/03/2019 | 1 | MOTION to Seal Indictment by USA as to DeMarcus George and Mario Waters. (fcd) (Entered: 09/04/2019) |
| 09/03/2019 | 2 | ORDER granting 1 Motion to Seal Indictment as to DeMarcus George and Mario Waters. Signed by Magistrate Judge Joe J. Volpe on 9/3/2019. (fcd) (fcd). (Entered: 09/04/2019) |
| 09/03/2019 | 3 | INDICTMENT as to DeMarcus George and Mario Waters. (fcd) (fcd). (Entered: 09/04/2019) |
| 09/03/2019 | 4 | TRUE BILL. (fcd) (Entered: 09/04/2019) |
| 09/05/2019 | | INDICTMENT UNSEALED as to DeMarcus George and Mario Waters. (fcd) (Entered: 09/05/2019) |
| 09/09/2019 | 11 | Writ of Habeas Corpus ad Prosequendum Issued as to DeMarcus George for 9/26/2019. Signed by Magistrate Judge Joe J. Volpe on 9/9/2019. (cmn) (Entered: 09/09/2019) |

| | | |
|---|---|---|
| 09/09/2019 | 12 | Arrest Warrant Returned Executed on 9/4/2019 as to DeMarcus George. (fjg) (Entered: 09/09/2019) |
| 09/26/2019 | 13 | CJA 23 Financial Affidavit by DeMarcus George. (fcd) (Entered: 09/27/2019) |
| 09/26/2019 | 14 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Molly K. Sullivan for DeMarcus George. Signed by Magistrate Judge Joe J. Volpe on 9/26/2019. (fcd) (Entered: 09/27/2019) |
| 09/26/2019 | 15 | Minute Entry for proceedings held before Magistrate Judge Joe J. Volpe: Initial Appearance, Plea & Arraignment as to DeMarcus George held on 9/26/2019. Not Guilty Plea entered by defendant. AUSA Kristin Bryant, AFPD Molly Sullivan, ECRO Lorna Jones. (fcd) (Entered: 09/27/2019) |
| 09/26/2019 | 16 | ORDER OF DETENTION and ORDER TO LODGE DETAINER as to DeMarcus George. The U.S. Marshal shall file a Detainer with the appropriate custodial authority which, along with this Order, shall constitute a hold on the above−named defendant. Signed by Magistrate Judge Joe J. Volpe on 9/26/2019. (fcd) (Entered: 09/27/2019) |
| 09/26/2019 | 17 | NOTICE OF HEARING as to DeMarcus George. Jury Trial set for 10/28/2019 at 9:30 AM in Little Rock Courtroom # 2D before Judge Brian S. Miller. (fcd) (Entered: 09/27/2019) |
| 09/27/2019 | 18 | Writ of Habeas Corpus ad Prosequendum Returned Executed on 9/26/2019 as to DeMarcus George. (snl) (Entered: 09/27/2019) |
| 09/30/2019 | 19 | Unopposed MOTION to Continue *Jury Trial* by DeMarcus George (Sullivan, Molly) (Entered: 09/30/2019) |
| 10/08/2019 | 21 | ORDER TO CONTINUE – Ends of Justice as to DeMarcus George. Jury Trial set for 2/24/2020 at 9:30 AM in Little Rock Courtroom # 2D. Signed by Judge Brian S. Miller on 10/8/2019. (cmn) (Entered: 10/08/2019) |
| 10/17/2019 | 25 | PRETRIAL DISCOVERY ORDER in case as to DeMarcus George. Signed by Judge Brian S. Miller on 10/17/2019. (rmg) (Entered: 10/17/2019) |
| 01/27/2020 | 31 | Unopposed MOTION to Continue *Jury Trial* by DeMarcus George (Sullivan, Molly) (Entered: 01/27/2020) |
| 02/20/2020 | 32 | ORDER TO CONTINUE – Ends of Justice as to DeMarcus George, Mario Waters. Jury Trial set for 5/26/2020 at 9:30 AM in Little Rock Courtroom # 2D. Signed by Judge Brian S. Miller on 2/20/2020. (cmn) (Entered: 02/20/2020) |
| 04/29/2020 | 33 | ORDER TO CONTINUE – Ends of Justice as to DeMarcus George, Mario Waters. Jury Trial set for 8/3/2020 at 9:30 AM in Little Rock Courtroom # 2D. Signed by Judge Brian S. Miller on 4/29/2020. (cmn) (Entered: 04/29/2020) |
| 07/13/2020 | 34 | Unopposed MOTION to Continue *Jury Trial* by DeMarcus George (Sullivan, Molly) (Entered: 07/13/2020) |
| 07/15/2020 | 35 | ORDER TO CONTINUE – Ends of Justice as to DeMarcus George, Mario Waters. Jury Trial set for 11/16/2020 at 9:30 AM in Little Rock Courtroom # 2D. Signed by Judge Brian S. Miller on 7/15/2020. (cmn) (Entered: 07/15/2020) |
| 10/16/2020 | 36 | SEALED ORDER. Signed by Judge Brian S. Miller on 10/16/2020. (cmn) (Entered: 10/19/2020) |
| 10/16/2020 | 37 | SEALED DOCUMENT. (cmn) (Entered: 10/19/2020) |
| 10/28/2020 | 39 | SEALED ORDER. Signed by Judge Brian S. Miller on 10/28/2020. (cmn) (Entered: 10/28/2020) |
| 10/30/2020 | 41 | SEALED MOTION. (cmn) (Entered: 10/30/2020) |
| 11/02/2020 | 42 | SEALED DOCUMENT. (fcd) (Entered: 11/02/2020) |
| 11/02/2020 | 43 | NOTICE OF ATTORNEY APPEARANCE: William Daniel Shelton, Jr appearing for DeMarcus George (Shelton, William) (Entered: 11/02/2020) |
| 11/03/2020 | 44 | SEALED DOCUMENT. (cmn) (Entered: 11/03/2020) |

| | | |
|---|---|---|
| 11/03/2020 | 45 | MOTION to Continue by DeMarcus George (Sullivan, Molly) (Entered: 11/03/2020) |
| 11/04/2020 | 47 | RESPONSE to Motion by USA as to DeMarcus George, Mario Waters re 45 MOTION to Continue , 40 MOTION to Continue (Bryant, Kristin) (Entered: 11/04/2020) |
| 11/10/2020 | 48 | ORDER granting 40 , 45 motions to continue the trial date as to DeMarcus George, Mario Waters. The parties are directed to choose the date they prefer by 12:00 pm on 11/13/2020. Signed by Judge Brian S. Miller on 11/10/2020. (cmn) (Entered: 11/10/2020) |
| 11/13/2020 | 49 | ORDER TO CONTINUE – Ends of Justice as to DeMarcus George and Mario Waters. Jury Trial reset for 2/16/2021 at 9:30 AM in Little Rock Courtroom # 2D. Signed by Judge Brian S. Miller on 11/13/2020. (fcd) (Entered: 11/13/2020) |
| 02/04/2021 | 50 | ORDER TO CONTINUE – Ends of Justice as to DeMarcus George, Mario Waters. Jury Trial set for 6/14/2021 at 9:30 AM in Little Rock Courtroom # 2D. Signed by Judge Brian S. Miller on 2/4/2021. (cmn) (Entered: 02/04/2021) |
| 05/20/2021 | 51 | MOTION to Continue *JURY TRIAL* by DeMarcus George (Sullivan, Molly) (Entered: 05/20/2021) |
| 05/28/2021 | 52 | SEALED RESPONSE. (fcd) (Entered: 05/28/2021) |
| 06/04/2021 | 54 | ORDER TO CONTINUE – Ends of Justice as to DeMarcus George, Mario Waters. Jury Trial set for 7/12/2021 at 9:30 AM in Little Rock Courtroom # 2D. Signed by Judge Brian S. Miller on 6/4/2021. (cmn) (Entered: 06/04/2021) |
| 06/07/2021 | 55 | SEALED MOTION. (cmn) (Entered: 06/07/2021) |
| 06/14/2021 | 56 | SEALED MOTION. (fcd) (Entered: 06/14/2021) |
| 06/15/2021 | 57 | SEALED MOTION. (fcd) (Entered: 06/15/2021) |
| 06/16/2021 | 58 | SEALED MOTION. (bmd) (Entered: 06/16/2021) |
| 06/17/2021 | 59 | RESPONSE in Opposition by USA as to Demarcus George, Mario Waters re Defendant's MOTION in Limine. (bmd) (Entered: 06/17/2021) |
| 06/18/2021 | 60 | SEALED ORDER. Signed by Judge Brian S. Miller on 6/18/2021. (cmn) (Entered: 06/18/2021) |
| 06/21/2021 | 62 | SEALED MOTION. (bmd) (Entered: 06/21/2021) |
| 06/21/2021 | 63 | SEALED MOTION. (bmd) (Entered: 06/21/2021) |
| 06/23/2021 | 64 | SEALED MOTION. (bmd) (Entered: 06/23/2021) |
| 06/23/2021 | 65 | SEALED DOCUMENT.(bmd) (Entered: 06/23/2021) |
| 06/23/2021 | 66 | ORDER as to DeMarcus George, Mario Waters. Jury Trial reset for 7/19/2021 at 9:00 AM. Jury selection will begin at 9:00 a.m. on 7/7/2021. Signed by Judge Brian S. Miller on 6/23/2021. (bmd) (Entered: 06/23/2021) |
| 06/23/2021 | 69 | RESPONSE to Motion by USA as to DeMarcus George re 64 MOTION to Continue (Bryant, Kristin) (Entered: 06/23/2021) |
| 06/30/2021 | 70 | ORDER TO CONTINUE – Ends of Justice as to DeMarcus George, Mario Waters. Jury Trial set for 11/15/2021 at 9:30 AM in Little Rock Courtroom # 2D. Signed by Judge Brian S. Miller on 6/30/2021. (bmd) (Entered: 06/30/2021) |
| 08/13/2021 | 71 | NOTICE OF ATTORNEY APPEARANCE: Tamera Lee Deaver appearing for DeMarcus George (Deaver, Tamera) (Entered: 08/13/2021) |
| 08/13/2021 | 72 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) ORDER denying 55 Motion in Limine as moot. Defendants are advised that they may renew their motion within four weeks of the November 15, 2021 trial date. Signed by Judge Brian S. Miller on 8/13/2021. (rwk) (Entered: 08/13/2021) |
| 08/13/2021 | 73 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) ORDER denying 56 Motion in Limine as moot. The government is advised that it may |

| | | |
|---|---|---|
| | | renew this motion four weeks prior to the November 15, 2021 trial date. Signed by Judge Brian S. Miller on 08/13/2021. (rwk) (Entered: 08/13/2021) |
| 08/19/2021 | 74 | MOTION to Continue *JURY TRIAL* by DeMarcus George (Shelton, William) (Entered: 08/19/2021) |
| 08/30/2021 | 75 | SEALED DOCUMENT. (bmd) (Entered: 08/30/2021) |
| 09/03/2021 | 76 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) ORDER denying 74 Motion to Continue as to DeMarcus George. Signed by Judge Brian S. Miller on 9/3/2021. (rmg) (Entered: 09/03/2021) |
| 10/01/2021 | 77 | SEALED MOTION. (fcd) (Entered: 10/01/2021) |
| 10/18/2021 | 78 | SEALED DOCUMENT. (bmd) (Entered: 10/18/2021) |
| 10/19/2021 | 79 | Sealed Document. (kbc) (Entered: 10/19/2021) |
| 10/19/2021 | 80 | SEALED MOTION. (bmd) (Entered: 10/19/2021) |
| 10/25/2021 | 81 | MOTION to Exclude *Expert Testimony or, Alternatively, Motion for Daubert Hearing* by USA as to DeMarcus George (Attachments: # 1 Exhibit 1)(Bryant, Kristin) (Entered: 10/25/2021) |
| 10/26/2021 | 82 | SEALED DOCUMENT. (bmd) (Entered: 10/26/2021) |
| 10/27/2021 | 85 | SEALED ORDER. Signed by Judge Brian S. Miller on 10/27/2021. (bmd) (Entered: 10/28/2021) |
| 11/08/2021 | 91 | NOTICE OF HEARING as to DeMarcus George: Change of Plea Hearing set for 11/10/2021 at 4:00 p.m. in Little Rock Courtroom #2D before Judge Brian S. Miller. (ljb) (Entered: 11/08/2021) |
| 11/10/2021 | 92 | WAIVER OF INDICTMENT by DeMarcus George. (bmd) (Entered: 11/10/2021) |
| 11/10/2021 | 93 | SUPERSEDING INFORMATION as to DeMarcus George. (bmd) (Entered: 11/10/2021) |
| 11/10/2021 | 94 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) CLERK'S MINUTES for proceedings held before Judge Brian S. Miller: Change of Plea Hearing as to DeMarcus George held on 11/10/2021; Guilty Plea entered to Count 1 of the Superseding Information; Indictment dismissed on government's motion; defendant remanded to USMS custody pending sentencing. (AUSA: Kristin Bryant and Allison Bragg; Defense: Molly Sullivan, Will Shelton, and Tamera Deaver; Court Reporter: Valarie Flora.) (ljb) (Entered: 11/10/2021) |
| 11/10/2021 | 95 | PLEA AGREEMENT as to DeMarcus George. (ljb) (Entered: 11/10/2021) |
| 11/10/2021 | 96 | PLEA AGREEMENT ADDENDUM (under seal) re 95 Plea Agreement as to DeMarcus George. (ljb) (Entered: 11/10/2021) |
| 11/10/2021 | 97 | SEALED DOCUMENT. (ljb) (Entered: 11/10/2021) |
| 08/04/2022 | 98 | NOTICE OF HEARING as to DeMarcus George: Sentencing set for 10/25/2022 at 1:00 p.m. in Little Rock Courtroom #2D before Judge Brian S. Miller. (ljb) (Entered: 08/04/2022) |
| 10/25/2022 | 105 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) CLERK'S MINUTES for proceedings held before Judge Brian S. Miller: In Camera Hearing as to DeMarcus George held on 10/25/2022. (AUSA: Kristin Bryant and Allison Bragg; Defense: Molly Sullivan; Court Reporter: Karen Dellinger.) (ljb) (Entered: 10/25/2022) |
| 10/25/2022 | 106 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) CLERK'S MINUTES for proceedings held before Judge Brian S. Miller: Sentencing held on 10/25/2022 for DeMarcus George; defendant sentenced on Count 1s to life imprisonment; if let out, life supervised release; and $100 special assessment fee; defendant remanded to USMS custody. (AUSA: Kristin Bryant and Allison Bragg; Defense: Molly Sullivan; Court Reporter: Karen Dellinger) (ljb) (Entered: 10/25/2022) |

| 11/02/2022 | 109 | JUDGMENT as to DeMarcus George. Count 1s: life imprisonment; if let out, life supervised release; and $100 special assessment fee. Signed by Judge Brian S. Miller on 11/2/2022. (bmd) (Entered: 11/02/2022) |
| 11/03/2022 | 111 | NOTICE OF APPEAL by DeMarcus George re 109 Judgment (Sullivan, Molly) (Entered: 11/03/2022) |
| 11/03/2022 | 112 | NOTIFICATION OF APPEAL and NOA SUPPLEMENT as to DeMarcus George re 111 Notice of Appeal, 109 Judgment. NOTIFICATION TO COUNSEL: REQUEST FOR TRANSCRIPTS SHOULD BE FILED WITH THE DISTRICT COURT CLERK. (fcd) (Entered: 11/03/2022) |

AO 245B (Rev. 09/19) Judgment in a Criminal Case
Sheet 1
**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 02 2022

TAMMY H. DOWNS, CLERK
By: _____ BZ
DEP CLERK

# UNITED STATES DISTRICT COURT
Eastern District of Arkansas

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>DEMARCUS GEORGE | **JUDGMENT IN A CRIMINAL CASE**<br><br>Case Number: 4:19-CR-00498-BSM-1<br>USM Number: 32906-009<br><br>Molly K. Sullivan<br>Defendant's Attorney |

**THE DEFENDANT:**

☑ pleaded guilty to count(s)  Count 1 of Superseding Information

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐ was found guilty on count(s) _____ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C.§§ 1594(c) and 1591(a)(1), (b)(1) and (c) | Conspiracy to Commit Sex Trafficking of a Minor (Class A Felony) | 5/1/2019 | 1s |

The defendant is sentenced as provided in pages 2 through __7__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☑ Count(s)  1 & 2 of Indictment  ☐ is  ☑ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

10/25/2022
Date of Imposition of Judgment

_/s/ Brian S. Miller_
Signature of Judge

Brian S. Miller, United States District Judge
Name and Title of Judge

11-2-2022
Date

DEFENDANT: DEMARCUS GEORGE
CASE NUMBER: 4:19-CR-00498-BSM-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

LIFE

☑ The court makes the following recommendations to the Bureau of Prisons:
Imprisonment recommended at Forrest City FCC.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 12 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: DEMARCUS GEORGE
CASE NUMBER: 4:19-CR-00498-BSM-1

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:

LIFE

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   - ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq*.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____   Date _____

DEFENDANT: DEMARCUS GEORGE
CASE NUMBER: 4:19-CR-00498-BSM-1

## SPECIAL CONDITIONS OF SUPERVISION

1. You must participate in sex offender treatment under the guidance and supervision of the probation office and follow the rules and regulations of that program, including submitting to periodic polygraph testing to aid in the treatment and supervision process. You must pay for the cost of treatment, including polygraph sessions, at the rate of $10 per session, with the total cost not to exceed $40 per month, based on ability to pay as determined by the probation office. If you are financially unable to pay for the cost of treatment, the co-pay requirement will be waived.

2. The probation office will provide state officials with all information required under any sexual predator and sexual offender notification and registration statutes and may direct the defendant to report to these agencies personally for required additional processing, such as an interview and assessment, photographing, fingerprinting, polygraph testing, and DNA collection.

3. You must not view or possess any "visual depiction" (as defined in 18 U.S.C. § 2256) including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of "sexually explicit conduct" (as defined in 18 U.S.C. § 2256), or any other material that would compromise your sex offense-specific treatment if the defendant is so notified by the probation office.

4. You must not enter adult bookstores, strip clubs, or adult sex-themed entertainment businesses, or any establishments whose primary business involves sex-themed material or entertainment.

5. You must not have direct contact with any child you know or reasonably should know to be under the age of 18 without the permission of the probation officer. If you do have any direct contact with any child you know or reasonably should know to be under the age of 18, not including your own children, without the permission of the probation officer, you must report this contact to the probation officer within 24 hours. Direct contact includes written communication, in-person communication, or physical contact. Direct contact does not include incidental contact during ordinary daily activities in public places.

6. You must not go to, or remain at, any place where you know children under the age of 18 are likely to be, including parks, schools, playgrounds, and childcare facilities.

7. You must have no contact with the victim.

8. You must participate in a substance abuse treatment program under the guidance and supervision of the probation office. The program may include drug and alcohol testing, outpatient counseling, and residential treatment. You must abstain from the use of alcohol during treatment. You must pay for the cost of treatment at the rate of $10 per session, with the total cost not to exceed $40 per month, based on ability to pay as determined by the probation office. If you are financially unable to pay for the cost of treatment, the co-pay requirement will be waived.

DEFENDANT: DEMARCUS GEORGE
CASE NUMBER: 4:19-CR-00498-BSM-1

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| TOTALS | $ 100.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss\*\*\*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| TOTALS | $ 0.00 | $ 0.00 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the ☐ fine ☐ restitution.

☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: DEMARCUS GEORGE
CASE NUMBER: 4:19-CR-00498-BSM-1

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A ☑ Lump sum payment of $ __100.00__ due immediately, balance due

    ☐ not later than _____ , or
    ☐ in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

B ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

C ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

D ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

E ☐ Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☐ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

Case Number
Defendant and Co-Defendant Names
*(including defendant number)*     Total Amount     Joint and Several Amount     Corresponding Payee, if appropriate

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

(Post. 3/26/13)

# United States District Court
## for the Eastern District of Arkansas

UNITED STATES OF AMERICA     PLAINTIFF

vs.    Case No. 4:19CR00498-01 BSM

DEMARCUS GEORGE     DEFENDANT

## NOTICE OF APPEAL

Notice is hereby given that <u>DEMARCUS GEORGE</u> appeals to the United States Court of Appeals for the Eighth Circuit from the: ☑ Judgment & Commitment ☐ Order _____ (Specify) entered in this action on <u>November 2, 2022</u>.

| | |
|---|---|
| /s/ Molly Sullivan | Molly Sullivan |
| Signature of Defendant's Counsel | Typed Name of Defendant's Counsel |
| | |
| 1401 West Capitol Ave.   Suite 490 | (501) 324-6113 |
| Street Address    Room Number | Telephone Number |
| | |
| Little Rock    AR    72201 | November 3, 2022 |
| City    State    Zip | Date |

CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing Notice of Appeal has been provided to the following on this \_\_\_3th\_\_\_ day of \_\_November\_\_\_\_\_, 20\_22\_\_.

| | |
|---|---|
| Kristin Bryant<br>Assistant United States Attorney<br>P.O. Box 1229<br>Little Rock, AR 72203-1229<br>Phone No. (501) 340-2611<br>E-mail: Kristin.Bryant@usdoj.gov | DeMarcus George, #32906-009<br>Pulaski County Detention Center<br>3201 W. Roosevelt Rd.<br>Little Rock, AR 72204 |

/s/ Molly Sullivan_____
Signature of Defendant's Counsel

U. S. COURT OF APPEALS - EIGHTH CIRCUIT
NOA SUPPLEMENT

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of case)

Date: 11/3/2022

**Caption:** USA v. George

**Case No.:** 4:19-cr-00498-01-BSM

**Appellant:** DeMarcus George

**Appellant's Attorney(s):** Molly Sullivan

**Appellees:** USA

**Appellee's Attorney(s):** Allison Bragg, Kristin Bryant

**Court Reporter(s):** Valarie Flora, Karen Dellinger

**Name of Person who prepared appeal:** Forrest Dunn, Deputy Clerk (501-604-5341)

| Length of Trial (# of days) | Fee Paid? Y/N: | IFP Granted? Y/N | Pending IFP Motion Pending? Y/N |
|---|---|---|---|
| n/a | | Y | |

| Counsel Retained/Appointed/Pro Se | Pending Motions? Y/N |
|---|---|
| Appointed | N |

**CRIMINAL CASES ONLY:**

**Is defendant incarcerated?** Y

**Where?** In transit
**Address of Defendant:**

**Please list all other defendants in this case if there were multiple defendants:**
Mario Waters

**Special Comments:**